**June 5, 2013**

| CAAP–12–00 00049 | State v. Palama | Affirmed |